UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

RALPH FLEMING,

                        Plaintiff

-against-

POSILLICO CIVIL, INC.,

                        Defendant.
------------------------------------------------------------X

POSILLICO CIVIL, INC.,

                        Third-Party Plaintiff,

-against-

VILLAGE DOCK, INC.,

                        Third-Party Defendant.
------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/28/10

Case No.: 09-CV-4377 (DLC)

**AMENDED SCHEDULING ORDER**

This matter having been brought before the Court on written application of Daniel G. McDermott of Marshall, Dennehey, Warner, Coleman & Goggin on behalf of the third-party defendant and the Court having noted the consent of counsel for all parties who have appeared to date:

**IT IS** on this 28th day of January, 2010

**ORDERED** that the Scheduling Order entered on September 30, 2009 is hereby amended as follows:

1. The parties shall comply with their Rule 26(a)(1), Fed.R.Civ.P., initial disclosure obligations by February 25, 2010.

2. ~~The plaintiff shall provide his medical releases to the defendant by February 25, 2010.~~

3. The parties are instructed to contact the chambers of Magistrate Judge Kevin N. Fox prior to June 1, 2010 in order to pursue settlement discussions under his supervision.

*The plaintiff was required to [pl] serve his medical releases by 10/30/09. If he failed to do so, the parties must immediately advise the Court.*

4. All fact discovery must be completed by August 26, 2010.

5. Plaintiff's identification of experts and disclosure of expert testimony conforming to the requirements of Rule 26(a)(2)(B), Fed.R.Civ.P., must occur by September 16, 2010. Defendant's identification of experts and disclosure of expert testimony must occur by October 7, 2010.

6. All expert discovery must be completed by October 28, 2010.

7. The Joint Pre-Trial Order must be filed by November 18, 2010.

So ordered.
January 28, 2010

_____
Honorable Denise L. Cote
United States District Judge


MARSHALL, DENNEHEY, WARNER, COLEMAN & GOGGIN
Attorneys for Third-Party Defendant


By:   /s/Daniel G. McDermott
      DANIEL G. MCDERMOTT, ESQ.
      TAMMY FASTMAN, ESQ.
      Wall Street Plaza
      88 Pine Street 21st Floor
      New York, New York 10005
      File No.: 18176.00106
      Tel: 212-376-6400
      Fax: 212-376-6490


ROBERTA ELLEN ASHKIN, ESQ.
Local Counsel for Plaintiff


By:   /s/Roberta Ellen Ashkin
      ROBERTA ELLEN ASHKIN, ESQ.
      580 Broadway Suite 906
      New York, New York 10012
      Tel: 212-965-0010
      Fax: 212-965-1301
      robertaashkin@aol.com

2

        O'BRYAN BAUN CHOEN CUEBLER KARAMANIAN
        Counsel for Plaintiff

By:   /s/Dennis Michael O'Bryan
      DENNIS MICHAEL O'BRYAN, ESQ.
      HOWARD MICHAEL COHEN, ESQ.
      401 South Old Woodward Suite 450
      Birmingham, MI 48009
      Tel: 248-258-6262
      Fax: 248-258-6262
      dob@obryanlaw.net


        KENNEDY LILLIS SCHMIDT & ENGLISH
        Counsel for Defendant/Third Party Plaintiff

By:   /s/Daniel John Garry
      CRAIG SHAW ENGLISH, ESQ.
      DANIEL JOHN GARRY, ESQ.
      75 Maiden Lane
      New York, New York 10038
      Tel: 212-430-0800
      Fax: 212-430-0810
      cenglish@klselaw.com
      dgarry@klselaw.com

27/1452395.v1